IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNUM RESOURCES<br>CORPORATION, *et al.*[1],<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 15-12533 (KG)<br>(Jointly Administered) |
| SAMSON RESOURCES COMPANY<br><br>      Plaintiff,<br>vs.<br><br>BAKKEN HUNTER, LLC<br><br>      Defendant. | Adversary Case No. 16-50990 |

## AFFIDAVIT OF SERVICE

  I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-captioned chapter 11 cases.

  On January 17, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Core/2002 Service List attached hereto as **Exhibit A** and 2) the Affected Parties Service List attached hereto as **Exhibit B**:

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Magnum Hunter Resources Corporation (9278); Alpha Hunter Drilling, LLC (7505); Bakken Hunter Canada, Inc. (7777); Bakken Hunter, LLC (3862); Energy Hunter Securities, Inc. (9725); Hunter Aviation, LLC (8600); Hunter Real Estate, LLC (8073); Magnum Hunter Marketing, LLC (2527); Magnum Hunter Production, Inc. (7062); Magnum Hunter Resources GP, LLC (5887); Magnum Hunter Resources, LP (5958); Magnum Hunter Services, LLC (5725); NGAS Gathering, LLC (2054); NGAS Hunter, LLC (3737); PRC Williston LLC (1736); Shale Hunter, LLC (1952); Triad Holdings, LLC (8947); Triad Hunter, LLC (5830); Viking International Resources Co., Inc. (0097); and Williston Hunter ND, LLC (3798). The location of the Reorganized Debtors' service address is: 909 Lake Carolyn Parkway, Suite 600, Irving, Texas 75039.

- Notice of Agenda for Hearing on January 19, 2017 at 10:00 A.M. (Prevailing Eastern Time), Before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 [Docket No. 31]

Dated: January 20, 2017

_____
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 20, 2017, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 13405

**<u>Exhibit A</u>**

Case 16-50990-KG    Doc 32    Filed 01/20/17    Page 3 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Ad Hoc Group Of Holders of the Debtors' 9.75% Senior Unsecured Notes Due 2020 | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Esq., Arik Preis, Esq., Rachel Ehrlich Albanese, Esq., Matthew C. Fagen, Esq. & Edward A. Mishan, Esq. One Bryant Park Bank of America Tower New York NY 10036-6745 | 212-872-1002 | mstamer@akingump.com ralbanese@akingump.com apreis@akingump.com mfagen@akingump.com emishan@akingump.com | Fax and Email |
| Counsel to Wilmington Trust, National Association, in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Andrew I. Silfen & Jordana L. Renert 1675 Broadway New York NY 10019 | 212-484-3990 | andrew.silfen@arentfox.com jordana.renert@arentfox.com | Fax and Email |
| Counsel to Wilmington Trust, National Association, in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Jeffrey N. Rothleder 1717 K Street NW Washington DC 20006 | 202-857-6395 | jeffrey.rothleder@arentfox.com | Fax and Email |
| Counsel to Bayou Workover Services, LLC & Island Operating Company, Inc. | Ashby & Geddes, P.A. | Attn: William P. Bowden, Esq. & Benjamin W. Keenan, Esq. 500 Delaware Avenue, 8th Floor PO Box 1150 Wilmington DE 19899-1150 | 302-654-2067 | wbowden@ashby-geddes.com bkeenan@ashby-geddes.com | Fax and Email |
| Counsel to Equitrans, L.P. & EQT Production Company | Babst, Calland, Clements & Zomnir, P.C. | Attn: Mark A. Lindsay, Esq & Erica L. Koehl, Esq Two Gateway Center Pittsburgh PA 15222 | 412-586-1054 | mlindsay@babstcalland.com ekoehl@babstcalland.com | Fax and Email |
| Counsel to Oracle USA, Inc. | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq. 55 Second Street 17th Floor San Francisco CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Fax and Email |
| Counsel to EM Energy Ohio, LLC and EM Enegery Employer, LLC | Buchanan Ingersoll & Rooney PC | Attn: Mary Caloway, Esquire 919 North Market Street Suite 1500 Wilmington DE 19801 | 302-552-4295 | mary.caloway@bipc.com | Fax and Email |
| Counsel to EM Energy Ohio, LLC and EM Enegery Employer, LLC | Buchanan Ingersoll & Rooney PC | Attn: Timothy P. Palmer, Esquire One Oxford Centre 20th Fl., 301 Grant Street Pittsburgh PA 15219 | 412-562-1041 | timothy.palmer@bipc.com | Fax and Email |
| The Administrative Agent under the Debtors' Prepetition First Lien Credit Facility | Cantor Fitzgerald Securities | Attn: Nils Horning 110 East 59th Street New York NY 10022 | 646-219-1180 | nhorning@cantor.com | Fax and Email |
| The Administrative Agent under the Debtors' Prepetition First Lien Credit Facility | Cantor Fitzgerald Securities | Attn: Bobbie Young 900 West Trade Street Suite 725 Charlotte NC 28202 | 646-390-1764 | | Fax |
| Counsel to Traditional Bank | Carbino Law an affiliate of Washington International Business Counsel | Attn: Jeffrey Carbino, Esq. 1500 John F. Kennedy Boulevard Two Penn Center, Suite 900 Philadelphia PA 19102 | 215-940-2701 | jcarbino@wibclaw.com | Fax and Email |
| Counsel to Traditional Bank | Carbino Law an affiliate of Washington International Business Counsel | Attn: Jeffrey Carbino, Esq. 1000 N. West Street, 12th Floor Brandywine Building Wilmington DE 19801 | | jcarbino@wibclaw.com | Email and Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Attn: Norman L. Pernick & Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | 302-652-3117 | npernick@coleschotz.com<br>preilley@coleschotz.com | Fax, Email, and Overnight Mail |
| Counsel to the Commonwealth of Pennsylvania, Department of Revenue | Commonwealth of Pennsylvania, Department of Revenue | Attn: Denise A. Kuhn, Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia PA 19107-3603 | 215-560-2202 | dkuhn@attorneygeneral.gov | Fax and Email |
| The Administrative Agent under the Debtors' Prepetition Second Lien Credit Facility | Credit Suisse | Attn: Agency Manager<br>Eleven Madison Avenue<br>New York NY 10010 | | | Overnight Mail |
| The Administrative Agent under the Debtors' Prepetition Second Lien Credit Facility | Credit Suisse | Attn: Loan Operations—Boutique Management<br>Eleven Madison Avenue, 23rd Floor<br>New York NY 10010 | | | Overnight Mail |
| Counsel to Chesapeake Appalachia, L.L.C. | Cross & Simon, LLC | Attn: Michael J. Joyce<br>1105 N. Market Street, Suite 901<br>PO Box 1380<br>Wilmington DE 19899-1380 | 302-777-4224 | mjoyce@crosslaw.com | Fax and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N French St. 6th Fl.<br>Wilmington DE 19801 | 302-577-6630 | attorney.general@state.de.us | Fax, Email, and Overnight Mail |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax and Email |
| Delaware Secretary of State | Delaware Secretary of State | Attn: Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd.<br>Ste.100<br>Dover DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax, Email, and Overnight Mail |
| Counsel to Bayou Workover Services, LLC & Island Operating Company, Inc. | Diamond McCarthy, LLP | Attn: Kyung S. Lee, Esq.<br>909 Fannin Street, 15th Floor<br>Two Houston Center<br>Houston TX 77010 | 713-333-5199 | klee@diamondmccarthy.com | Fax and Email |
| Counsel to Pioneer Well Services, LLC | Doré Law Group, P.C. | Attn: Carl Doré, Jr., Zachary S. McKay<br>17171 Park Row<br>Suite 160<br>Houston TX 77084 | 281-200-0751 | carl@dorelawgroup.net<br>zmckay@dorelawgroup.net | Fax and Email |
| Counsel to Stonebridge Operating Co., LLC, Positron Energy Resources, Inc., and BT Energy Corp. | Duane Morris LLP | Attn: Michael R. Lastowski<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801-1659 | 302-657-4901 | mlastowski@duanemorris.com | Fax and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | 215-814-5103 | r3public@epa.gov | Fax, Email, and Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| The Environmental Protection Agency | Environmental Protection Agency | 1200 Pennsylvania Avenue, N.W. Washington DC 20460 | | | Overnight Mail |
| Counsel to Texas Gas Transmission, LLC | Gardere Wynne Sewell, LLP | Attn: John P. Melko & Michael Riordan 1000 Louisiana Street Suite 3400 Houston TX 77002 | 713-276-6178 | jmelko@gardere.com mriordan@gardere.com | Fax and Email |
| Counsel to GE Capital Information Technology Solutions | GE Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Attn: Bankruptcy Administration 1738 Bass Road PO Box 13708 Macon GA 31208-3708 | | | Overnight Mail |
| Counsel to Capital One, N.A. | Gebhardt & Smith LLP | Attn: Lisa Bittle Tancredi, Esquire 1000 N. West Street Suite 1200 Wilmington DE 19801 | 443-957-1920 | ltancredi@gebsmith.com | Fax and Email |
| Interested Party | Gruss Capital Management LP | Attn: Howard Guberman 510 Madison Avenue 16th Floor New York NY 10022 | | | Overnight Mail |
| Counsel to Continuum Midstream, LLC, Contiuum Energy Services, LLC and Contiuum Murphy Liquids Terminal & Samson Resources Company | Hall Estill | Attn: Steven W. Soule, John T. Richer 320 South Boston Avenue Suite 200 Tulsa OK 74103-3706 | 918-594-0505 | ssoule@hallestill.com jricher@hallestill.com | Fax and Email |
| Counsel to Heiple Mineral Trust | Heiple Mineral Trust | Arvest Trust Co Successor TSTE c/o Heiple Law Offices, Inc. PO Box 847 Norman OK 73070-0847 | 405-321-9763 | heiplelaw@cox.net | Fax and Email |
| Counsel to CIT Finance LLC | Holland & Knight, LLP | Attn: Brent McIlwain, Esq. 200 Crescent Court Suite 1600 Dallas TX 75201 | 214-964-9501 | brent.mcilwain@hklaw.com | Fax and Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | 855-235-6787 | | Fax |
| Internal Revenue Service | Internal Revenue Service | Department of the Treasury Ogden UT 84201 | | | Overnight Mail |
| Counsel to Creditor Young's Well Service, LLC | Ison & Cavanah, LLP | Attn: Robert E. Ison PO Box 648 612 South Main Street Hopkinsville KY 42241-0648 | 270-885-5207 | bison@kihtlaw.com | Fax and Email |
| Counsel to Capital One, N.A. | Jackson Walker L.L.P. | Attn: Bruce J Ruzinsky, Esquire 1401 McKinney Street Suite 1900 Houston TX 77010 | 713-308-4155 | bruzinsky@jw.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Capital One, N.A. | Jackson Walker L.L.P. | Attn: Matthew D. Cavenaugh, Esquire<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | 713-308-4184 | mcavenaugh@jw.com | Fax and Email |
| Counsel to Debtors | Kirkland & Ellis LLP | Attn: Edward O. Sassower, P.C., Brian E. Schartz<br>601 Lexington Avenue<br>New York NY 10022 | 212-446-4900 | edward.sassower@kirkland.com<br>brian.schartz@kirkland.com | Fax and Email |
| Counsel to Debtors | Kirkland & Ellis LLP | Attn: James H.M. Sprayregen, P.C., Nora Schweighart, John R. Luze, Justin Bernbrock, Alexandra Schwarzman<br>300 North LaSalle<br>Chicago IL 60654 | 312-862-2200 | james.sprayregen@kirkland.com<br>nora.schweighart@kirkland.com<br>john.luze@kirkland.com<br>justin.bernbrock@kirkland.com<br>alexandra.schwarzman@kirkland.com | Fax and Email |
| Counsel to Samson Resources Company | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq.<br>1835 Market Street<br>Philadelphia PA 19103 | 215-568-6603 | mbranzburg@klehr.com | Fax, Email, and Overnight Mail |
| Counsel to Samson Resources Company | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | 302-426-9193 | dpacitti@klehr.com | Fax and Email |
| Counsel to the Prepetition Second Lien Facility Agent | Latham & Watkins LLP | Attn: Mitchel A. Seider & Adam J. Goldberg<br>885 Third Avenue<br>New York NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Fax and Email |
| Interested Party | Law Office of Dick Harris, P.C. | Attn: Dick Harris<br>PO Box 3835<br>Abilene TX 79604 | 325-677-3314 | dharris_law_firm@swbell.net | Fax and Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | 713-844-3503 | houston_bankruptcy@lgbs.com | Fax, Email, and Overnight Mail |
| Counsel to Irving ISD, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Fax and Email |
| Counsel to Atascosa County, Ward County, La Salle County, McMullen County, Cotulla ISD, Crane County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>711 Navarro Street<br>Ste 300<br>San Antonio TX 78205 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Fax and Email |
| Counsel to the State of Louisiana, Department of Natural Resources, Office of Mineral Resources | Louisiana Department of Justice | Attn: Ryan M. Seidmann<br>PO Box 94005<br>Baton Rouge LA 70804-9005 | 225-326-6099 | | Fax |
| Counsel to Equitrans, L.P. & EQT Production Company | MacElree Harvey, Ltd. | Attn: Ashley B. Stitzer, Esquire<br>5721 Kennett Pike<br>Centreville DE 19807 | 302-654-4954 | astitzer@macelree.com | Fax and Email |
| Counsel to Western Oilfields Supply Company d/b/a Rain for Rent, CIT Finance LLC | McCarter & English LLP | Attn: Katharine L. Mayer, Esq.<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington DE 19801 | 302-984-6399 | kmayer@mccarter.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to CIT Finance LLC | McCarter & English LLP | Attn: Lisa Bonsall, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | 973-297-3849 | lbonsall@mccarter.com | Fax and Email |
| Counsel to Terry County Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon<br>PO Box 1269<br>Round Rock TX 78680 | 512-323-3205 | lgordon@mvbalaw.com | Fax and Email |
| Counsel to U.S. Specialty Insurance Company and American Contractors Indemnity Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esq.<br>300 Delaware Avenue, Suite 770<br>Wilmington DE 19801 | 302-645-4031 | gbressler@mdmc-law.com | Fax, Email, and Overnight Mail |
| Counsel to Stone Energy Corporation | McGuire Woods LLP | Attn: Mark E. Freedlander, Esq.<br>625 Liberty Avenue<br>23rd Floor<br>Pittsburgh PA 15222 | 412-667-6050 | mfreedlander@mcguirewoods.com | Fax and Email |
| Interested Party | Michael Bazley | CMF PO Box 2500<br>Vacaville CA 95696 | | | Overnight Mail |
| Counsel to Continuum Midstream, LLC, Contiuum Energy Services, LLC and Contiuum Murphy Liquids Terminal | Montgomery McCracken Walker & Rhoads, LLP | Attn: Joseph O'Neil, Jr.<br>1235 Westlakes Drive<br>Suite 200<br>Berwyn PA 19312-2401 | 610-889-2220 | joneil@mmwr.com | Fax and Email |
| Counsel to Continuum Midstream, LLC, Contiuum Energy Services, LLC and Contiuum Murphy Liquids Terminal | Montgomery McCracken Walker & Rhoads, LLP | Attn: Laurie A. Krepto<br>1105 North Market Street<br>Suite 1500<br>Wilmington DE 19801-1216 | 302-504-7820 | lkrepto@mmwr.com | Fax and Email |
| Counsel to Wilmington Trust, National Association, in its capacity as Indenture Trustee | Morris James LLP | Attn: Eric J. Monzo, Esquire; Stephen M. Miller<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | 302-571-1750 | emonzo@morrisjames.com<br>smiller@morrisjames.com | Fax and Email |
| Counsel to EHH and EHP | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney & Matthew B. Harvey<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington DE 19899-1347 | 302-658-3989 | rdehney@mnat.com<br>mharvey@mnat.com | Fax and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian<br>844 King St. Ste. 2207<br>Lockbox 35<br>Wilmington DE 19801 | 302-573-6497 | juliet.m.sarkessian@usdoj.gov | Fax and Email |
| Counsel to State of Ohio, Ohio Department of Natural Resources | Ohio Attorney General | Attn: Michael E. Idzkowski<br>30 East Broadt Street<br>25th Floor<br>Columbus OH 43215 | 614-644-1926 | michael.idzkowski@ohioattorneygeneral.gov | Fax and Email |
| Counsel to Edmond and Jacinta Hensley | Owens & Owens PLC | Attn: W. Joseph Owen, III & Amy E. Hensley<br>PO Box 717<br>15521 Midlothian Turnpikes, Suite 300<br>Midlothian VA 23113 | 804-594-0455 | jowen@owenowens.com<br>ahensley@owenowens.com | Fax and Email |
| Counsel to Debtors | Pachulski Stang Ziehl & Jones | Attn: Laura Davis Jones, Colin Robinson<br>919 Market Street<br>17th Floor<br>Wilmington DE 19801 | 302-652-4400 | ljones@pszjlaw.com<br>crobinson@pszjlaw.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Ad Hoc Group Of Holders of the Debtors' 9.75% Senior Unsecured Notes Due 2020 | Pepper Hamilton LLP | Attn: David B. Stratton, Esquire & John H. Schanne, Esquire<br>Hercules Plaza, 1313 Market Street, Suite 5100<br>PO Box 1709<br>Wilmington DE 19899-1709 | 302-421-8390 | strattond@pepperlaw.com<br>schannej@pepperlaw.com | Fax and Email |
| Counsel to City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Elizabeth Banda Calvo<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | 817-860-6509 | ebcalvo@pbfcm.com | Fax and Email |
| Counsel to Stone Energy Corporation | Porter Hedges LLP | Attn: John F. Higgins & Eric M. English<br>1000 Main Street<br>36th Floor<br>Houston TX 77002 | 713-226-6248 | jhiggins@porterhedges.com<br>eenglish@porterhedges.com | Fax, Email, and Overnight Mail |
| Counsel to USA Compression Partners, LLC | Porter Hedges LLP | Attn: Eric M. English<br>1000 Main Street<br>36th Floor<br>Houston TX 77002 | 713-226-6212 | eenglish@porterhedges.com | Fax and Email |
| Counsel to Dew Point Control, L.L.C. | Porter Hedges LLP | Attn: Michael T. Larkin & Eric M. English<br>1000 Main Street<br>36th Floor<br>Houston TX 77002 | 713-226-6212 | eenglish@porterhedges.com<br>mlarkin@porterhedges.com | Fax and Email |
| Counsel to Cantor Fitzgerald Securities LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Etta R. Mayers & R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>PO Box 951<br>Wilmington DE 19899-0951 | 302-658-1192 | jryan@potteranderson.com<br>emayers@potteranderson.com<br>rmcneill@potteranderson.com | Fax and Email |
| Counsel to Archrock Partners Operating, LLC f/k/a EXLP Operating, LLC | Pullin, Fowler, Flanagan, Brown, & Poe, PLLC | Attn: Christopher C. Ross, Esq.<br>901 Quarrier St.<br>Charleston WV 25301 | 304-342-1545 | cross@pffwv.com | Fax and Email |
| Counsel to the Ad Hoc Group Of Secured Lenders | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins<br>One Rodney Sqaure<br>920 N. King Street<br>Wilmington DE 19801 | 302-651-7701 | collins@rlf.com | Fax and Email |
| Counsel to the Official Committee of Unsecured Creditors | Ropes & Gray LLP | Attn: Mark R. Somerstein & Mark I. Bane<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | 212-596-9090 | mark.somerstein@ropesgray.com<br>mark.bane@ropesgray.com | Fax and Email |
| Counsel to the Official Committee of Unsecured Creditors | Ropes & Gray LLP | Attn: Meredith S. Parkinson<br>Prudential Tower<br>800 Boylston Street<br>Boston MA 02199-3600 | 617-951-7050 | meredith.parkinson@ropesgray.com | Fax and Email |
| Counsel to John Dean Hazen and Hazen NG LLC | Sanders Willyard LLP | Attn: Michael C. Sanders<br>2 Greenway, Suite 225<br>Houston TX 77046 | 832-201-8568 | mcs@sanderswillyard.com | Fax and Email |
| Counsel to Moody's Investors Service, Inc. | Satterlee Stephens Burke & Burke LLP | Attn: Christopher R. Belmonte, Esq. & Pamela A. Bosswick, Esq.<br>230 Park Avenue<br>New York NY 10169 | 212-818-9606 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Fax and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St. NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email and Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste. 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email and Overnight Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd. Ste. 520<br>Philadelphia PA 19103 | | philadelphia@sec.gov<br>secbankruptcy@sec.gov | Email and Overnight Mail |
| Counsel to Cantor Fitzgerald Securities LLC | Shipman & Goodwin LLP | Attn: Marie C. Pollio & Nathan Z. Plotkin<br>One Constitution Plaza<br>Hartford CT 06103-1919 | 860-251-5212 | mpollio@goodwin.com<br>nplotkin@goodwin.com<br>bankruptcyparalegal@goodwin.com | Fax and Email |
| Counsel to Rockies Express Pipeline LLC | Sidley Austin LLP | Attn: Kenneth W. Irvin & David E. Kronenberg<br>1501 K Street, N.W.<br>Washington DC 20005 | 202-736-8711 | kirvin@sidley.com<br>dkronenberg@sidley.com | Fax and Email |
| Counsel to Ford Motor Credit Company LLC d/b/a Lincoln Automotive Financial Services | Stark & Stark A Professional Corporation | Attn: Joseph H. Lemkin, Esquire<br>993 Lenox Drive<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | 609- 895-7395 | jlemkin@stark-stark.com | Fax and Email |
| Attorney General for State of Kentucky | State of Kentucky Attorney General | Attn: Bankruptcy Dept<br>700 Capitol Avenue<br>Suite 118<br>Frankfort KY 40601 | 502-564-2894 | web@ag.ky.gov | Fax and Email |
| Attorney General for State of Louisiana | State of Louisiana Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | | ConsumerInfo@ag.state.la.us | Email and Overnight Mail |
| Attorney General for State of North Dakota | State of North Dakota Attorney General | Attn: Bankruptcy Dept<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | | ndag@nd.gov | Email and Overnight Mail |
| Attorney General for State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Dept<br>30 E. Broad St.<br>14th Floor<br>Columbus OH 43215 | | | Overnight Mail |
| Attorney General for State of Oklahoma | State of Oklahoma Attorney General | Attn: Bankruptcy Dept<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | | Overnight Mail |
| Attorney General for State of Pennsylvania | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | | Overnight Mail |
| Attorney General for State of Texas | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | 512-475-2994 | public.information@oag.state.tx.us | Fax and Email |
| Attorney General for State of West Virginia | State of West Virginia Attorney General | Attn: Bankruptcy Dept<br>State Capitol Bldg 1<br>Room E 26<br>Charleston WV 25305 | 304-558-0140 | consumer@wvago.gov | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to USA Compression Partners, LLC | Stevens & Lee, P.C. | Attn: John D. Demmy<br>919 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | 610-371-8515 | jdd@stevenslee.com | Fax and Email |
| Counsel to Stone Energy Corporation | Stone Energy Corporation | Attn: V. Eileen Stuhr - Assistant General Counsel<br>16800 Greenspoint Park Drive<br>Suite 2255 South<br>Houston TX 77060 | | | Overnight Mail |
| Counsel to Seitel Data, Ltd. | Strasburger & Price, LLP | Attn: Duane J. Brescia<br>720 Brazos<br>Suite 700<br>Austin TX 78701 | 512-499-3660 | duane.brescia@strasburger.com<br>carrie.douglas@strasburger.com | Fax and Email |
| Counsel to Stonebridge Operating Co., LLC, Positron Energy Resources, Inc., and BT Energy Corp. | Theisen Brock, LPA | Attn: Daniel P. Corcoran & John E. Triplett, Jr.<br>424 Second St.<br>Marietta OH 45750 | 740-373-4409 | triplett@theisenbrock.com<br>corcoran@theisenbrock.com | Fax and Email |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III & Laura L. McCloud<br>Office of the Attorney General Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Fax and Email |
| Counsel to the United States of America | U.S. Department of Justice | Attn: Benjamin C. Mizer, Charles M. Oberly, III, Ellen Slights, Ruth A. Harvey, Tracy J. Whitaker & Serajul F. Ali<br>Civil Division<br>PO Box 875, Ben Franklin Station<br>Washington DC 20044-0875 | | | Overnight Mail |
| Attorney General for United States of America | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | | Overnight Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Ellen Slights, Esq.<br>1007 Orange St. Ste. 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax and Email |
| Counsel for Ad Hoc Group of Equity Holders | Venable LLP | Attn: Jamie L. Edmonson & Daniel A. O'brien<br>1201 N. Market St.<br>Suite 1400<br>Wilmington DE 19801 | 302-298-3550 | jledmonson@Venable.com<br>dao'brien@Venable.com | Fax and Email |
| Counsel to North Haven Infrastructure Partners II Buffalo Holdings LLC | Vinson & Elkins LLP | Attn: Steven M. Abramowitz & Ari M. Berman<br>666 Fifth Avenue<br>26th Floor<br>New York NY 10103-0040 | 212-237-0100 | sabramowitz@velaw.com<br>aberman@velaw.com | Fax, Email, and Overnight Mail |
| Counsel to the Ad Hoc Group Of Secured Lenders | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer & Joseph H. Smolinsky<br>767 Fifth Avenue<br>New York NY 10153-0119 | 212-310-8007 | gary.holtzer@weil.com<br>joseph.smolinsky@weil.com | Fax and Email |
| Counsel to Wilmington Trust, National Association | Wilmington Trust, National Association | Ropes & Gray LLP<br>Attn: Michael Roh & Chenelle Idehen<br>Prudential Tower, 800 Boylston Street<br>Boston MA 02199 | 617-951-7050 | michael.roh@ropesgray.com<br>chenelle.idehen@ropesgray.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| The Indenture Trustee for the Debtors' 9.75% Senior Unsecured Notes Due 2020 | Wilmington Trust, National Association | Attn: Capital Markets and Agency Services/Magnum Hunter Senior Notes due 2020<br>RODNEY SQUARE NORTH<br>1100 N. MARKET STREET<br>WILMINGTON DE 19890-1615 | 302-636-4145 | | Fax |
| Counsel to Rockies Express Pipeline LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Edmon L. Morton<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | 302-571-1253 | rbrady@ycst.com | Fax, Email, and Overnight Mail |

**Exhibit B**

Exhibit B
Affected Parties Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 1902017 | Archrock Partners Operating, LLC | Christopher C. Ross, Esq. | Edgar A. Poe, Esq, | Pullin, Fowler, Flanagan, Brown & Poe, PLLC | 901 Quarrier St. | Charleston | WV | 25301 | cross@pffwv.com | Overnight Mail and Email |
| 1803447 | BAKKEN HUNTER, LLC | PO BOX 842305 | | | | DALLAS | TX | 75284 | | Overnight Mail |
| 1779312 | BAKKEN HUNTER, LLC. | 909 LAKE CAROLYN PKWY | SUITE 600 | | | IRVING | TX | 75039 | | Overnight Mail |
| 1811542 | BLACK LAND MANAGEMENT | HENDRICKSON & LONG, PLLC | ATTN: GENE W. BAILEY, II AND RAJ SHAH | 214 CAPITOL STREET | PO BOX 11070 | CHARLESTON | WV | 25339 | | Overnight Mail |
| 3123369 | Black Land Management, Inc. | Brain D. Black | P.O. Box 38 | | | Bowden | WV | 26254 | | Overnight Mail |
| 1784766 | Hazen NG LLC | Michael C. Sanders | 2 Greenway Plaza, Suite 225 | | | Houston | TX | 77046 | mcs@sanderswillyard.com | Overnight Mail and Email |
| 1886412 | K.B. WELL SERVICE, INC | 1386 BOGGS FORK | | | | SPENCER | WV | 25276 | | Overnight Mail |
| 3123369 | Leclairryan | Attn Andrew L Cole | 800 North King Street | Suite 303 | | Wilmington | DE | 19801 | andrew.cole@leclairryan.com | Overnight Mail and Email |
| 1778030 | PIONEER WELL SERVICES, LLC | Carl Dore', Jr. | Dore' Law Group, P.C. | 17171 Park Row, Suite 160 | | Houston | TX | 77084 | carl@dorelawgroup.net | Overnight Mail and Email |
| 1768839 | Pioneer Well Services, LLC | Doré Law Group, P.C. | Attn: Carl Doré, Jr., Zachary S. McKay | 17171 Park Row | Suite 160 | Houston | TX | 77084 | carl@dorelawgroup.net; zmckay@dorelawgroup.net | Overnight Mail and Email |
| 1899883 | Security America, Inc. | 3412 Chesterfield Ave | | | | Charleston | WV | 25304 | csignorelli@securityamerica.com | Overnight Mail and Email |
| 1899883 | Security America, Inc. | Steven L. Thomas | 1500 Chase Tower 707 Virginia St. E | | | Charleston | WV | 25301 | sthomas@kaycasto.com | Overnight Mail and Email |
| 1782214 | WV DIVISION OF NATURAL RESOURC | ATTN: STEVE RAUCH | P.O. BOX 99 | | | FARMINGTON | WV | 26571-0099 | | Overnight Mail |
| 1782214 | WV DIVISION OF NATURAL RESOURC | Larry W George - Special Assistant Attorney Genera | State of West Virginia | 10 Hale Street | # 205 | Charleston | WV | 25301 | lgeorge@larrygeorgelaw.com | Overnight Mail and Email |